# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD BURCH, JR., | No. CV 11-4226-PSG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. B. BITER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the first amended petition in this matter is denied and dismissed with prejudice.

DATED: February 29, 2012

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE